

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK ENOCHS ) <br> ) <br> Defendant. ) | 2:06-CR-002-RCJ-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#438) on March 13, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $36,400.00

**Total Amount of Restitution ordered: $36,400.00\*\***
\*\*Joint and Several with co-defendants

Dated this 24th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE